UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARK BARLEY,**

   *Plaintiff*,

v.

**HUNTINGTON DEBT HOLDING, LLC, COMPATTIA ROCCIA MANAGEMENT GROUP, LLC, SANDRA A. SERIO,** *and* **JENELLE A. GRACI**,

   *Defendants*.

Case No.: 8:22-CV-01086-JSM-AEP

**NOTICE OF SETTLEMENT**

COMES NOW, the Plaintiff, Mark Barley, pursuant to Local Rule 3.09, to notify this Court that the Parties have reached a settlement as to all pending claims in this case.

Dated July 19, 2022

**SERAPH LEGAL, P. A.**
*/s/ Carolyne Moomaw*
Carolyne Moomaw, Esq.,
Florida Bar # 21889
1614 N. 19th St.
Tampa, FL 33605
Tel: 813-567-1230
Fax: 855-500-0705
*Attorneys for Plaintiff*

[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]

## CERTIFICATE OF SERVICE

      I hereby certify that on July 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendants via e-notice.

      */s/ Carolyne Moomaw*
      Carolyne Moomaw, Esq.,
      Florida Bar # 21889