# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MARK BARLEY,

    Plaintiff,

v.                                          Case No: 8:22-cv-1086-JSM-MRM

HUNTINGTON DEBT HOLDING, LLC,
COMPATTIA ROCCIA
MANAGEMENT GROUP, LLC,
SANDRA A. SERIO and JENELLE A.
GRACI,

    Defendants.

## ORDER

The Court has been advised via a Notice of Settlement (Dkt. 16) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of July, 2022.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record